# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DEBBIE FREDRIKSEN, <br> *Plaintiff* <br> v. <br> COMMISSIONER OF SOCIAL SECURITY, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 4:16-CV-5039-MKD <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's motion for summary judgment (ECF No. 28) is GRANTED, in part, and the matter is REMANDED to the Commissioner for additional proceedings consistent with the Order dated September 26, 2017 (ECF No. 31). Defendant's motion for summary judgment (ECF No. 29) is DENIED.
Judgment for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on a motion for judgment.

Date: September 26, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Pam Howard
*(By) Deputy Clerk*

Pam Howard